```
 1  Ekwan E. Rhow - State Bar No. 174604
        erhow@birdmarella.com
 2  Andrew McTernan - State Bar No. 310545
        amcternan@birdmarella.com
 3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
 4  1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
 5  Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
 6
    Attorneys for Defendant University of
 7  Southern California
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELIZABETH ALVARADO, JOSE RAMOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, and DOES 1 through 10,<br><br>Defendants. | CASE NO.<br><br>CLASS ACTION<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION JURISDICTION)** |

Defendant University of Southern California ("USC"), pursuant to 28 U.S.C. § 1331, removes to this Court the state action described below, which is within the original jurisdiction of this Court and properly removed under 28 U.S.C. §§ 1331, 1441, 1446, and 1453.

### I.     PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL

On April 18, 2017, Plaintiffs Elizabeth Alvarado and Jose Ramos ("Plaintiffs") filed a purported class action in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Elizabeth Alvarado, Jose Ramos, on behalf of themselves and all others similarly situated v. University of Southern California*, case number BC658703 (the "State Court Action").

1    USC first received the initial pleading in the State Court Action when it was served
2 with the Summons and Complaint on April 24, 2017. This notice is therefore timely
3 pursuant to 28 U.S.C. § 1446(b).
4    Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the complaint in that
5 case is attached hereto as **Exhibit A**.
6    The Los Angeles Superior Court is located within the Central District of California.
7 28 U.S.C. § 84(d). This Notice of Removal is therefore properly filed in this Court
8 pursuant to 28 U.S.C. § 1441(a).
9 **II.   ALLEGATIONS OF THE COMPLAINT AND GROUNDS FOR REMOVAL**
10    This action is a putative class action against USC on behalf of "individuals who
11 used credit or debit cards to make purchases from one or more establishments owned
12 and/or operated by Defendant UNIVERSITY OF SOUTHERN CALIFORNIA." (Compl.
13 ¶ 1.)
14    Plaintiffs' claims for relief against USC arise under 15 U.S.C. §§ 1681 *et seq*, the
15 Fair and Accurate Credit Transaction Act ("FACTA"). Thus, this Court has original
16 subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331,
17 and the above-captioned action may properly be removed to this United State District
18 Court pursuant to 28 U.S.C. §§ 1441(a) and (b).
19 **III.   NOTICE OF PLAINTIFFS AND SUPERIOR COURT CLERK**
20    Pursuant to 28 U.S.C. § 1446(d), after filing this notice, USC will promptly give
21 separate notice of this removal to Plaintiffs, Plaintiffs' counsel, and the Clerk of Los
22 Angeles County Superior Court by filing and serving such a notice together with a copy of
23 this Notice of Removal attached thereto.
24    For all of the reasons stated above, this action is within the original jurisdiction of
25 this Court pursuant to 28 U.S.C. § 1331. Accordingly, this action is removable pursuant to
26 28 U.S.C. §§ 1441 and 1453.
27 ////
28 ////

WHEREFORE, Defendant USC gives notice that the above-captioned action filed in the Los Angeles Superior Court is removed to this Court.

DATED: May 16, 2017

Ekwan E. Rhow
Andrew McTernan
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____Ekwan E. Rhow /am_____
Ekwan E. Rhow
Attorneys for Defendant University of Southern California

3390680.1

3

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT