

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| | **WESTERN DIVISION**<br>312 North Spring Street, Room G–8<br>Los Angeles, CA 90012<br>Tel: (213) 894–3535 | **SOUTHERN DIVISION**<br>411 West Fourth Street, Suite 1053<br>Santa Ana, CA 92701–4516<br>(714) 338–4750 |
| **KIRY K. GRAY**<br>Clerk of Court | | **EASTERN DIVISION**<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501<br>(951) 328–4450 |

September 22, 2017

 Superior Court of California, County of Los Angeles
 111 North Hill Street
 Los Angeles, CA 90012

Re:  Case Number:     2:17–cv–03671–GW–AJW
     Previously Superior Court Case No.     BC658703
     Case Name:      ELIZABETH ALVARADO ET AL V. UNIVERSITY OF SOUTHERN CALIFORNIA

Dear Sir/Madam:

 Pursuant to this Court's ORDER OF REMAND issued on     09/22/2017    , the above–referenced case is hereby remanded to your jurisdiction.

 Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

 Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

                              Respectfully,

                              Clerk, U.S. District Court

                              By:  /s/ Charles Rojas
                                   Deputy Clerk
                                   213–894–2719
                                   Western Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

                              Clerk, Superior Court

_____         By: _____
Date                               Deputy Clerk

CV–103 (10/15)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)